In the Matter of the Application of ADOLPH KAUFMAN, IVOR B. CLARK and HENRY HETKIN, as Trustees under a Declaration of Trust, Dated the 10th Day of March, 1936, and a Plan of Reorganization for Series B-1 Mortgage Investments Approved by an Order of the Supreme Court of the State of New York Made on the 3rd Day of December, 1935, Appellants, for an Order Directing THE FLATBUSH WESTBURY CORPORATION, Respondent, to Produce and Make Available All Records and Other Data with Respect to the Income, and for an Order Directing Payment of Surplus Income or Such Part Thereof as the Court May Determine to the Mortgagees, the Aforesaid ADOLPH KAUFMAN, IVOR B. CLARK and HENRY HET-

KIN, as Trustees, etc., to Apply Toward the Reduction of Any Past Due Principal of the First Mortgage Covering Premises Located at 2110 Westbury Court, Kings County, New York, and Owned by the Said THE FLATBUSH WESTBURY CORPORATION, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act — In a proceeding instituted by the appellants, trustees, under a plan of reorganization for Series B-1 of mortgage investments of the New York Title and Mortgage Company, for an order directing the owner-respondent to pay surplus income to the trustees in reduction of the principal of the underlying first mortgage covering real estate of the owner: order denying application without prejudice to renewal affirmed, with ten dollars costs and disbursements. In thus affirming the court does not pass on or approve the " management expense " charged by the owner-respondent but leaves that question in abeyance, to be determined on a future accounting. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.